ASSOCIATION FOR THE PRESERVA-
TION OF FREEDOM OF CHOICE,
INC., and Charles P. Mong, Plaintiffs-
Appellants,

v.

Robert F. WAGNER, Daniel S. Weiss,
Louis Okin, Earl Brown, and Stanley
M. Isaacs, Defendants-Appellees.

No. 222, Docket 27136.

United States Court of Appeals
Second Circuit.

Argued Jan. 19, 1962.

Decided Feb. 6, 1962.

Alfred Avins, New York City, for
plaintiffs-appellants.

Alfred Weinstein, New York City
(Seymour B. Quel and Leo A. Larkin,
Corp. Counsel, New York City, on the
brief), for defendants-appellees.

Before MEDINA, MOORE and
SMITH, Circuit Judges.

PER CURIAM.

█ █ The action is against the May-
or of the City of New York and members
of the Council of the City of New York
with reference to the appointment by
the Council of Edward R. Dudley as
President of the Borough of Manhattan,
in the City of New York. Since the
commencement of the action Edward R.
Dudley has been duly nominated for and
elected to the office of President of the
said Borough of Manhattan, and the
motion to dismiss the appeal as moot
is granted. Moreover, the allegations of
the complaint are wholly insufficient to
support any prayer for general injunc-
tive relief *in futuro* against public offi-
cials.

Appeal dismissed as moot.